UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| ELIZABETH FLANIGAN, | ) | Case No. 1:21-cv-00602 |
| | ) | |
| Plaintiff, | ) | Judge Douglas R. Cole |
| | ) | |
| v. | ) | |
| | ) | |
| DHL EXPRESS (USA), INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Elizabeth Flanigan and Defendant DHL Express (USA), Inc., consistent with Federal Rule of Civil Procedure 41(a)(1), stipulate to the voluntary dismissal of Plaintiff's claims against Defendant with prejudice.

Respectfully submitted,

/s/ Brianna R. Carden
Matthew G. Bruce (0083769)
Brianna R. Carden (0097961)
**THE SPITZ LAW FIRM, LLC**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744 ext. 181
Matthew.Bruce@SpitzLawFirm.com
Brianna.Carden@SpitzLawFirm.com

*Attorneys for Plaintiff*

/s/ Tony White
Tony White
**THOMPSON HINE LLP**
41 South High Street, Suite 1700
Columbus, Ohio 43215
Phone: (614) 469-3235
Tony.White@ThompsonHine.com

*Attorney for Defendant*